404 U.S. 388
 92 S.Ct. 544
 404 U.S. 998
 30 L.Ed.2d 525
 UNITED STATES of America, plaintiff,
v.
State of LOUISIANA et al.
 No. 9, Original.
 Supreme Court of the United States
 December 20, 1971
 SUPPLEMENTAL DECREE
 
 1
 It appearing to the Court that its opinion herein of March 3, 1969, 394 U.S. 11, 89 S.Ct. 773, 22 L.Ed.2d 44, rejected every ground asserted by the State of Louisiana in support of its claim to rights in the area of the continental shelf hereinafter described, and that no issue as to said area is now pending before the Special Master appointed herein by order of May 19, 1969, 395 U.S. 901, 89 S.Ct. 1737, 23 L.Ed.2d 215; and
 
 
 2
 It further appearing that substantial revenues derived from lands lying wholly within said area are now being held impounded by the United States pursuant to the parties' Interim Agreement of October 12, 1956, as amended, on file herein, and that there is no reason why the Court should not at this time enter a supplemental decree declaring the rights of the United States in the described area and terminating the obligation of the United States to hold impounded the revenues heretofore or hereafter derived from leases of lands lying wholly within the described area:
 
 It is ordered, adjudged and decreed:
 
 3
 1. As against the defendant State of Louisiana and all persons claiming under it, the United States has exclusive rights to explore the area of the continental shelf lying more than one foot seaward of the line described in paragraph 3 hereof, and to exploit the natural resources of said area. The State of Louisiana is not entitled to any interest in such lands, minerals, or resources, and said State, its privies, assigns, lessees and other persons claiming under it are hereby enjoined from interfering with the rights of the United States in such lands, minerals and resources.
 
 
 4
 2. All sums now held impounded by the United States under the Interim Agreement of October 12, 1956, as amended, derived from leases of lands lying wholly within the area referred to in paragraph 1 hereof are hereby released to the United States absolutely, and the United States is hereby relieved of any obligation under said agreement to impound any sums hereafter received by it from leases of lands lying wholly within said area.
 
 
 5
 3. The line referred to in paragraph 1 hereof is described by coordinates in the Louisiana Plane Coordinate System, South Zone, as follows:
 
 
 6
 X Y
 
 BEGINNING AT.................. 2769356.556 575649.806
 BY STRAIGHT LINE TO........... 2790257.937 526389.980
 BY ARC CENTERED AT............ 2779032.000 512013.000
 TO............................ 2791384.930 525434.041
 BY STRAIGHT LINE TO........... 2793118.930 523838.041
 BY ARC CENTERED AT............ 2780766.000 510417.000
 TO............................ 2794593.837 522312.804
 BY STRAIGHT LINE TO........... 2795886.837 520809.804
 BY ARC CENTERED AT............ 2782059.000 508914.000
 TO............................ 2796579.124 519954.164
 BY STRAIGHT LINE TO........... 2799209.124 516495.164
 
 Page 390
 
 7
 BY ARC CENTERED AT............ 2784689.000 505455.000
 TO............................ 2800440.568 514653.224
 BY STRAIGHT LINE TO........... 2804269.568 508096.224
 BY ARC CENTERED AT............ 2788518.000 498898.000
 TO............................ 2804494.998 507698.840
 BY STRAIGHT LINE TO........... 2806027.998 504915.840
 BY ARC CENTERED AT............ 2790051.000 496115.000
 TO............................ 2807013.645 502822.304
 BY STRAIGHT LINE TO........... 2808652.645 498677.304
 BY ARC CENTERED AT............ 2791690.000 491970.000
 TO............................ 2809151.167 497245.118
 BY STRAIGHT LINE TO........... 2812250.167 486987.118
 BY ARC CENTERED AT............ 2794789.000 481712.000
 TO............................ 2812519.378 485996.033
 BY STRAIGHT LINE TO........... 2813932.378 480148.033
 BY ARC CENTERED AT............ 2796202.000 475864.000
 TO............................ 2814261.901 478425.093
 BY STRAIGHT LINE TO........... 2815268.901 471324.093
 BY ARC CENTERED AT............ 2797209.000 468763.000
 TO............................ 2815426.129 469687.898
 BY STRAIGHT LINE TO........... 2815673.129 464822.898
 BY ARC CENTERED AT............ 2797456.000 463898.000
 TO............................ 2815696.593 463894.844
 BY STRAIGHT LINE TO........... 2815695.593 458115.844
 BY ARC CENTERED AT............ 2797455.000 458119.000
 TO............................ 2815656.660 456927.864
 BY STRAIGHT LINE TO........... 2815268.660 450998.864
 BY ARC CENTERED AT............ 2797067.000 452190.000
 TO............................ 2815170.804 449960.314
 BY STRAIGHT LINE TO........... 2813956.804 440103.314
 BY ARC CENTERED AT............ 2795853.000 442333.000
 TO............................ 2813808.964 439123.233
 BY STRAIGHT LINE TO........... 2812677.964 432796.233
 BY ARC CENTERED AT.............2794722.000 436006.000
 TO............................ 2812418.508 431584.141
 BY STRAIGHT LINE TO........... 2810956.508 425733.141
 BY ARC CENTERED AT............ 2793260.000 430155.000
 TO............................ 2810698.968 424806.950
 BY STRAIGHT LINE TO........... 2807853.968 415529.950
 BY ARC CENTERED AT............ 2790415.000 420878.000
 TO............................ 2807571.652 414683.766
 BY STRAIGHT LINE TO........... 2805321.652 408451.766
 BY ARC CENTERED AT............ 2788165.000 414646.000
 TO............................ 2805227.217 408196.195
 BY STRAIGHT LINE TO........... 2803786.217 404384.195
 BY ARC CENTERED AT............ 2786724.000 410834.000
 TO............................ 2803319.235 403263.173
 BY STRAIGHT LINE TO........... 2799845.235 395648.173
 BY ARC CENTERED AT............ 2783250.000 403219.000
 TO............................ 2798970.928 393968.505
 
 Page 391
 
 8
 BY STRAIGHT LINE TO........... 2795393.928 387889.505
 BY ARC CENTERED AT............ 2779673.000 397140.000
 TO............................ 2795310.866 387749.772
 BY STRAIGHT LINE TO........... 2793559.866 384833.772
 BY ARC CENTERED AT............ 2777922.000 394224.000
 TO............................ 2792248.791 382934.080
 BY STRAIGHT LINE TO........... 2790813.791 381113.080
 BY ARC CENTERED AT............ 2776487.000 392403.000
 TO............................ 2789360.151 379480.105
 BY ARC CENTERED AT............ 2774670.000 390293.000
 TO............................ 2788262.435 378128.916
 BY STRAIGHT LINE TO........... 2786553.159 375044.826
 BY ARC CENTERED AT............ 2770599.000 383887.000
 TO............................ 2785045.121 372750.177
 BY STRAIGHT LINE TO........... 2783941.664 371318.828
 BY STRAIGHT LINE TO........... 2783791.761 371061.536
 BY ARC CENTERED AT............ 2768031.000 380244.000
 TO............................ 2780548.119 366975.957
 BY STRAIGHT LINE TO........... 2775735.205 360552.955
 BY ARC CENTERED AT............ 2761138.000 371491.000
 TO............................ 2775111.280 359766.382
 BY STRAIGHT LINE TO........... 2773031.020 357287.149
 BY ARC CENTERED AT............ 2757465.000 366796.000
 TO............................ 2771721.145 355417.004
 BY STRAIGHT LINE TO........... 2770633.235 354054.018
 BY STRAIGHT LINE TO........... 2770504.786 353847.463
 BY ARC CENTERED AT............ 2755015.000 363480.000
 TO............................ 2767787.706 350457.818
 BY STRAIGHT LINE TO........... 2761993.706 344774.818
 BY ARC CENTERED AT............ 2749221.000 357797.000
 TO............................ 2760702.849 343623.561
 BY STRAIGHT LINE TO........... 2757790.849 341264.561
 BY ARC CENTERED AT............ 2746309.000 355438.000
 TO............................ 2756371.988 340224.338
 BY STRAIGHT LINE TO........... 2773418.101 206994.932
 BY ARC CENTERED AT............ 2755325.000 204680.000
 TO............................ 2773307.767 201623.969
 BY STRAIGHT LINE TO........... 2773160.767 200758.969
 BY ARC CENTERED AT............ 2755178.000 203815.000
 TO............................ 2773015.068 199999.475
 BY STRAIGHT LINE TO........... 2772420.179 188058.433
 BY ARC CENTERED AT............ 2754263.000 186316.000
 TO............................ 2772345.899 183922.675
 BY STRAIGHT LINE TO........... 2771967.899 181066.675
 BY ARC CENTERED AT............ 2753885.000 183460.000
 TO............................ 2766173.905 169980.310
 BY STRAIGHT LINE TO........... 2764758.905 168690.310
 BY ARC CENTERED AT............ 2752470.000 182170.000
 TO............................ 2763667.122 167770.566
 BY STRAIGHT LINE TO........... 2740620.854 137484.221
 
 Page 392
 
 9
 BY ARC CENTERED AT............ 2726105.000 148530.000
 TO............................ 2735648.943 132985.471
 BY STRAIGHT LINE TO........... 2719764.466 115956.608
 BY ARC CENTERED AT............ 2701773.000 118961.000
 TO............................ 2717763.031 110183.863
 BY STRAIGHT LINE TO........... 2717662.031 109999.863
 BY ARC CENTERED AT............ 2701672.000 118777.000
 TO............................ 2714989.110 106312.097
 BY ARC CENTERED AT............ 2701104.000 118141.000
 TO............................ 2714747.154 106033.830
 BY STRAIGHT LINE TO........... 2714613.154 105882.830
 BY ARC CENTERED AT............ 2700970.000 117990.000
 TO............................ 2712654.457 103983.120
 BY ARC CENTERED AT............ 2699658.000 116782.000
 TO............................ 2699042.141 98551.807
 BY STRAIGHT LINE TO........... 2614267.867 73928.355
 BY ARC CENTERED AT............ 2609180.000 91445.000
 TO............................ 2597415.825 77505.006
 BY STRAIGHT LINE TO........... 2595525.825 79100.006
 BY ARC CENTERED AT............ 2607290.000 93040.000
 TO............................ 2589264.969 90244.022
 BY STRAIGHT LINE TO........... 2573559.774 191491.823
 BY STRAIGHT LINE TO........... 2572517.559 191919.643
 BY ARC CENTERED AT............ 2576174.000 209790.000
 TO............................ 2567199.659 193909.810
 BY ARC CENTERED AT............ 2574890.000 210450.000
 TO............................ 2566471.962 194268.039
 BY STRAIGHT LINE TO........... 2564468.949 194806.822
 BY ARC CENTERED AT............ 2565940.000 212988.000
 TO............................ 2559750.152 195829.765
 BY STRAIGHT LINE TO........... 2559111.844 196060.036
 BY ARC CENTERED AT............ 2562149.000 214046.000
 TO............................ 2557271.764 196469.544
 BY STRAIGHT LINE TO........... 2557018.765 196539.748
 BY STRAIGHT LINE TO........... 2552324.142 197552.879
 BY ARC CENTERED AT............ 2556172.000 215383.000
 TO............................ 2551363.075 197787.732
 BY STRAIGHT LINE TO........... 2414966.738 172672.945
 BY STRAIGHT LINE TO........... 2410270.288 168699.151
 BY STRAIGHT LINE TO........... 2406006.195 164748.910
 BY ARC CENTERED AT............ 2393610.000 178130.000
 TO............................ 2404971.660 163860.034
 BY STRAIGHT LINE TO........... 2397194.660 157668.034
 BY ARC CENTERED AT............ 2385833.000 171938.000
 TO............................ 2396858.180 157406.495
 BY STRAIGHT LINE TO........... 2392712.390 154261.048
 BY STRAIGHT LINE TO........... 2389824.019 151967.545
 BY ARC CENTERED AT............ 2376485.000 164409.000
 TO............................ 2387438.051 149823.051
 BY STRAIGHT LINE TO........... 2385828.051 148614.051
 
 Page 393
 
 10
 BY ARC CENTERED AT............ 2374875.000 163200.000
 TO............................ 2382739.005 146741.669
 BY STRAIGHT LINE TO........... 2382462.756 146609.674
 BY STRAIGHT LINE TO........... 2379481.241 144717.970
 BY ARC CENTERED AT............ 2369709.000 160120.000
 TO............................ 2378912.544 144371.540
 BY STRAIGHT LINE TO........... 2376898.544 143194.540
 BY ARC CENTERED AT............ 2367695.000 158943.000
 TO............................ 2374966.704 142214.534
 BY STRAIGHT LINE TO........... 2373711.682 141668.989
 BY ARC CENTERED AT............ 2364392.000 157349.000
 TO............................ 2367742.517 139418.767
 BY STRAIGHT LINE TO........... 2365248.314 138184.960
 BY ARC CENTERED AT............ 2354070.000 152599.000
 TO............................ 2349744.041 134878.805
 BY STRAIGHT LINE TO........... 2348371.940 134393.582
 BY STRAIGHT LINE TO........... 2346096.020 133533.975
 BY ARC CENTERED AT............ 2339651.000 150598.000
 TO............................ 2344530.100 133022.061
 BY STRAIGHT LINE TO........... 2342882.004 132564.548
 BY STRAIGHT LINE TO........... 2341883.034 132218.265
 BY STRAIGHT LINE TO........... 2334774.627 129342.086
 BY ARC CENTERED AT............ 2327933.000 146251.000
 TO............................ 2333793.990 128977.667
 BY STRAIGHT LINE TO........... 2328326.990 127122.667
 BY ARC CENTERED AT............ 2322466.000 144396.000
 TO............................ 2326958.626 126717.325
 BY STRAIGHT LINE TO........... 2326905.790 126703.898
 BY ARC CENTERED AT............ 2319608.000 143421.000
 TO............................ 2324588.088 125873.409
 BY STRAIGHT LINE TO........... 2322643.088 125321.409
 BY ARC CENTERED AT............ 2317663.000 142869.000
 TO............................ 2322367.586 125245.547
 BY STRAIGHT LINE TO........... 2318606.586 124241.547
 BY ARC CENTERED AT............ 2313902.000 141865.000
 TO............................ 2314460.343 123632.954
 BY STRAIGHT LINE TO........... 2312762.343 123580.954
 BY ARC CENTERED AT............ 2312204.000 141813.000
 TO............................ 2311215.315 123599.221
 BY STRAIGHT LINE TO........... 2309557.315 123689.221
 BY ARC CENTERED AT............ 2310546.000 141903.000
 TO............................ 2308711.076 123754.934
 BY ARC CENTERED AT............ 2300326.000 139954.000
 TO............................ 2308388.131 123591.809
 BY STRAIGHT LINE TO........... 2306600.131 122710.809
 BY ARC CENTERED AT............ 2298538.000 139073.000
 TO............................ 2302488.899 121265.428
 BY STRAIGHT LINE TO........... 2299991.899 120711.428
 BY ARC CENTERED AT............ 2296041.000 138519.000
 TO............................ 2295410.988 120289.290
 
 Page 394
 
 11
 BY STRAIGHT LINE TO........... 2294513.988 120320.290
 BY ARC CENTERED AT............ 2295144.000 138550.000
 TO............................ 2288531.687 121550.101
 BY STRAIGHT LINE TO........... 2287770.687 121846.101
 BY ARC CENTERED AT............ 2294383.000 138846.000
 TO............................ 2287412.160 121989.944
 BY STRAIGHT LINE TO........... 2284138.223 122399.427
 BY ARC CENTERED AT............ 2286402.000 140499.000
 TO............................ 2283007.179 122577.102
 BY STRAIGHT LINE TO........... 2277807.179 123562.102
 BY ARC CENTERED AT............ 2281202.000 141484.000
 TO............................ 2276614.048 123829.824
 BY STRAIGHT LINE TO........... 2270161.048 125506.824
 BY ARC CENTERED AT............ 2274749.000 143161.000
 TO............................ 2267618.118 126372.023
 BY STRAIGHT LINE TO........... 2263074.118 128302.023
 BY ARC CENTERED AT............ 2270205.000 145091.000
 TO............................ 2262735.940 128449.715
 BY STRAIGHT LINE TO........... 2256980.940 131032.715
 BY ARC CENTERED AT............ 2264450.000 147674.000
 TO............................ 2255335.199 131874.012
 BY STRAIGHT LINE TO........... 2251881.284 133866.529
 BY STRAIGHT LINE TO........... 2250291.214 134590.217
 BY STRAIGHT LINE TO........... 2229997.048 129637.207
 BY STRAIGHT LINE TO........... 2228299.063 128761.074
 BY ARC CENTERED AT............ 2219935.000 144971.000
 TO............................ 2227466.216 128357.751
 BY STRAIGHT LINE TO........... 2225677.216 127546.751
 BY ARC CENTERED AT............ 2218146.000 144160.000
 TO............................ 2222547.419 126458.397
 BY STRAIGHT LINE TO........... 2219572.429 125718.680
 BY STRAIGHT LINE TO........... 2212203.201 123742.459
 BY STRAIGHT LINE TO........... 2203721.663 121100.023
 BY ARC CENTERED AT............ 2198296.000 138515.000
 TO............................ 2202940.874 120875.715
 BY STRAIGHT LINE TO........... 2196974.874 119304.715
 BY ARC CENTERED AT. 2192330.000 136944.000
 TO............................ 2195302.266 118947.198
 BY STRAIGHT LINE TO........... 2189988.208 118069.554
 BY STRAIGHT LINE TO........... 2188596.458 117772.421
 BY ARC CENTERED AT............ 2184788.000 135611.000
 TO............................ 2185155.886 117374.117
 BY ARC CENTERED AT............ 2182166.000 135368.000
 TO............................ 2181100.490 117158.554
 BY STRAIGHT LINE TO........... 2179579.490 117247.554
 BY ARC CENTERED AT............ 2180645.000 135457.000
 TO............................ 2177978.852 117412.309
 BY STRAIGHT LINE.............. 2172699.849 117308.349
 BY STRAIGHT LINE TO........... 2171638.111 117082.068
 BY ARC CENTERED AT............ 2167836.000 134922.000
 
 TABLE CONTINUED
 
 Page 395
 
 12
 TO............................. 2168752.572 116704.450
 BY STRAIGHT LINE TO............ 2165393.572 116535.450
 BY ARC CENTERED AT..............2164477.000 134753.000
 TO............................. 2161326.081 116786.616
 BY STRAIGHT LINE TO............ 2160026.671 117014.505
 BY STRAIGHT LINE TO............ 2156272.569 117354.955
 BY ARC CENTERED AT............. 2157920.000 135521.000
 TO............................. 2155033.394 117510.260
 BY STRAIGHT LINE TO............ 2149319.763 118425.992
 BY ARC CENTERED AT............. 2147751.000 136599.000
 TO............................. 2149162.352 118413.090
 BY STRAIGHT LINE TO............ 2145000.352 118090.090
 BY ARC CENTERED AT............. 2143589.000 136276.000
 TO............................. 2143589.000 118035.407
 BY STRAIGHT LINE TO............ 2139529.000 118035.407
 BY ARC CENTERED AT............. 2139529.000 136276.000
 TO............................. 2137974.807 118101.740
 BY STRAIGHT LINE TO............ 2136687.713 118211.811
 BY STRAIGHT LINE TO............ 2132677.620 118549.888
 BY ARC CENTERED AT............. 2134210.000 136726.000
 TO............................. 2130789.620 118808.962
 BY STRAIGHT LINE TO............ 2129668.620 119022.962
 BY ARC CENTERED AT............. 2133089.000 136940.000
 TO............................. 2126158.210 120067.437
 BY STRAIGHT LINE TO............ 2122636.540 121514.043
 BY STRAIGHT LINE TO............ 2122090.600 121683.588
 BY STRAIGHT LINE TO............ 2118739.612 122394.088
 BY ARC CENTERED AT............. 2122523.000 140238.000
 TO............................. 2114775.806 123724.363
 BY STRAIGHT LINE TO............ 2111081.806 125457.363
 BY ARC CENTERED AT............. 2118829.000 141971.000
 TO............................. 2108033.001 127268.427
 BY STRAIGHT LINE TO............ 2107269.901 127829.427
 BY ARC CENTERED AT............. 2118065.000 142532.000
 TO............................. 2103682.105 131313.642
 BY STRAIGHT LINE TO............ 2103291.338 131814.638
 BY STRAIGHT LINE TO............ 2063551.901 176572.248
 BY ARC CENTERED AT............. 2075295.000 190530.000
 TO............................. 2059950.518 180667.643
 BY ARC CENTERED AT............. 2071131.000 195080.000
 TO............................. 2058843.067 181599.424
 BY ARC CENTERED AT............. 2062055.000 199555.000
 TO............................. 2057133.878 181990.781
 BY STRAIGHT LINE TO............ 2053778.878 182930.781
 BY ARC CENTERED AT............. 2058700.000 200495.000
 TO............................. 2053474.211 183019.006
 BY STRAIGHT LINE TO............ 2052967.358 183053.121
 BY STRAIGHT LINE TO............ 2051871.023 183006.136
 BY ARC CENTERED AT............. 2051090.000 201230.000
 
 Page 396
 
 13
 TO............................. 2050844.853 182991.054
 BY STRAIGHT LINE TO............ 2048984.853 183016.054
 BY ARC CENTERED AT............. 2049230.000 201255.000
 TO............................. 2048033.279 183053.706
 BY STRAIGHT LINE............... 2044865.110 183262.011
 BY STRAIGHT LINE............... 2041482.009 183446.456
 BY ARC CENTERED AT............. 2042475.000 201660.000
 TO............................. 2037472.505 184118.784
 BY STRAIGHT LINE TO............ 2033138.620 185354.743
 BY STRAIGHT LINE TO............ 2032933.709 185387.056
 BY ARC CENTERED AT............. 2035775.000 203405.000
 TO............................. 2029790.979 186173.902
 BY STRAIGHT LINE TO............ 2027400.979 187003.902
 BY ARC CENTERED AT............. 2033385.000 204235.000
 TO............................. 2026833.971 187211.391
 BY STRAIGHT LINE TO............ 2023509.988 188490.527
 BY STRAIGHT LINE TO............ 2020958.847 189326.687
 BY ARC CENTERED AT............. 2026640.000 206660.00
 TO............................. 2019189.740 190010.289
 BY STRAIGHT LINE TO............ 2016613.211 191163.211
 BY STRAIGHT LINE TO............ 2015795.894 191414.427
 BY ARC CENTERED AT............. 2021155.000 208850.000
 TO............................. 2013823.478 192147.664
 BY STRAIGHT LINE TO............ 2010121.478 193772.664
 BY ARC CENTERED AT............. 2017453.000 210475.000
 TO............................. 2007660.073 195086.114
 BY STRAIGHT LINE TO............ 2006450.073 195856.114
 BY ARC CENTERED AT............. 2016243.000 211245.000
 TO............................. 2002812.039 198902.856
 BY STRAIGHT LINE TO............ 2001329.365 200516.331
 BY STRAIGHT LINE TO............ 1998627.524 203118.747
 BY STRAIGHT LINE TO............ 1996876.875 204647.104
 BY ARC CENTERED AT............. 2008873.000 218388.000
 TO............................. 1994484.382 207176.983
 BY STRAIGHT LINE TO............ 1993669.382 208222.983
 BY ARC CENTERED AT............. 2008058.000 219434.000
 TO............................. 1992024.459 210736.599
 BY STRAIGHT LINE TO............ 1991723.504 211291.404
 BY STRAIGHT LINE TO............ 1991392.007 211653.006
 BY STRAIGHT LINE TO............ 1987526.734 215291.902
 BY ARC CENTERED AT............. 2000030.000 228573.000
 TO............................. 1985880.690 217061.430
 BY STRAIGHT LINE TO............ 1984418.690 218858.430
 BY ARC CENTERED AT............. 1998568.000 230370.000
 TO............................. 1982725.876 221328.633
 BY STRAIGHT LINE TO............ 1981279.040 223863.752
 BY ARC CENTERED AT............. 1987818.000 240892.000
 TO............................. 1978538.859 225187.963
 BY STRAIGHT LINE TO............ 1913512.136 252159.733
 BY ARC CENTERED AT............. 1914373.000 270380.000
 TO............................. 1902085.015 256899.471
 
 Page 397
 
 14
 BY STRAIGHT LINE TO............ 1899965.772 257778.490
 BY ARC CENTERED AT............. 1896827.000 275747.000
 TO............................. 1895099.636 257588.381
 BY ARC CENTERED AT............. 1882306.000 270590.000
 TO............................. 1867537.422 259884.472
 BY ARC CENTERED AT............. 1872418.000 277460.000
 TO............................. 1858533.650 265630.205
 BY ARC CENTERED AT............. 1843467.000 275912.000
 TO............................. 1848728.806 258446.816
 BY ARC CENTERED AT............. 1835344.000 270839.000
 TO............................. 1842206.261 253938.450
 BY STRAIGHT LINE TO............ 1840881.261 253400.450
 BY ARC CENTERED AT............. 1834019.000 270301.000
 TO............................. 1817313.904 262975.771
 BY STRAIGHT LINE TO............ 1816821.904 264097.771
 BY ARC CENTERED AT............. 1833527.000 271423.000
 TO............................. 1815531.092 274400.671
 BY ARC CENTERED AT............. 1820994.000 291804.000
 TO............................. 1808996.684 278064.144
 BY ARC CENTERED AT............. 1809845.000 296285.000
 TO............................. 1792971.196 289357.232
 BY ARC CENTERED AT............. 1791584.000 307545.000
 TO............................. 1773422.454 305848.689
 BY ARC CENTERED AT............. 1783067.000 321331.000
 TO............................. 1771283.720 307407.152
 BY ARC CENTERED AT............. 1782391.000 321876.000
 TO............................. 1769316.873 309156.470
 BY ARC CENTERED AT............. 1778769.000 324757.000
 TO............................. 1763171.778 315299.416
 BY ARC CENTERED AT............. 1763190.000 333540.000
 TO............................. 1762008.035 315337.742
 BY STRAIGHT LINE TO............ 1761238.035 315387.742
 BY ARC CENTERED AT............. 1762420.000 333590.000
 TO............................. 1761003.510 315404.490
 BY ARC CENTERED AT............. 1758630.000 333490.000
 TO............................. 1751584.928 316664.834
 BY STRAIGHT LINE TO............ 1749526.738 316597.235
 BY STRAIGHT LINE TO............ 1745677.439 316238.492
 BY STRAIGHT LINE TO............ 1741756.932 315744.746
 BY STRAIGHT LINE TO............ 1738097.906 314155.450
 BY ARC CENTERED AT............. 1730831.000 330886.000
 TO............................. 1737269.265 313819.425
 BY STRAIGHT LINE TO............ 1733961.536 312571.604
 BY STRAIGHT LINE TO............ 1733064.913 312109.811
 BY ARC CENTERED AT............. 1724713.000 328326.000
 TO............................. 1729983.294 310863.376
 BY STRAIGHT LINE TO............ 1729556.701 310734.628
 BY STRAIGHT LINE TO............ 1727510.374 309315.183
 BY ARC CENTERED AT............. 1717114.000 324303.000
 TO............................. 1726647.410 308752.009
 
 Page 398
 
 15
 BY STRAIGHT LINE TO............ 1721462.901 305573.687
 BY STRAIGHT LINE TO............ 1721351.205 305467.060
 BY ARC CENTERED AT............. 1708756.000 318661.000
 TO............................. 1715564.505 301738.722
 BY STRAIGHT LINE TO............ 1713598.505 300947.722
 BY ARC CENTERED AT............. 1706790.000 317870.000
 TO............................. 1711470.692 300240.186
 BY STRAIGHT LINE TO............ 1707760.692 299255.186
 BY ARC CENTERED AT............. 1703080.000 316885.000
 TO............................. 1706764.569 299020.421
 BY STRAIGHT LINE TO............ 1704364.569 298525.421
 BY ARC CENTERED AT............. 1700680.000 316390.000
 TO............................. 1702465.472 298237.002
 BY STRAIGHT LINE TO............ 1698144.472 297812.002
 BY ARC CENTERED AT............. 1696359.000 315965.000
 TO............................. 1696238.714 297724.804
 BY STRAIGHT LINE TO............ 1692447.714 297749.804
 BY ARC CENTERED AT............. 1692568.000 315990.000
 TO............................. 1691302.392 297793.367
 BY STRAIGHT LINE TO............ 1688714.392 297973.367
 BY ARC CENTERED AT............. 1689980.000 316170.000
 TO............................. 1687709.313 298071.292
 BY STRAIGHT LINE TO............ 1684999.313 298411.292
 BY ARC CENTERED AT............. 1687270.000 316510.000
 TO............................. 1683392.698 298686.259
 BY STRAIGHT LINE TO............ 1674667.698 300584.259
 BY ARC CENTERED AT............. 1678545.000 318408.000
 TO............................. 1674182.260 300696.825
 BY STRAIGHT LINE TO............ 1670983.260 301484.825
 BY ARCH CENTERED AT............ 1675346.000 319196.000
 TO............................. 1670472.396 301618.537
 BY STRAIGHT LINE TO............ 1666144.396 302818.537
 BY ARC CENTERED AT............. 1671018.000 320396.000
 TO............................. 1665216.208 303102.694
 BY STRAIGHT LINE TO............ 1663698.256 303611.957
 BY STRAIGHT LINE TO............ 1662427.081 303960.024
 BY STRAIGHT LINE TO............ 1661678.585 304151.016
 BY STRAIGHT LINE TO............ 1659494.422 304615.679
 BY ARC CENTERED AT............. 1663290.000 322457.000
 TO............................. 1659476.114 304619.584
 BY STRAIGHT LINE TO............ 1658119.984 304909.541
 BY ARC CENTERED AT............. 1658887.000 323134.000
 TO............................. 1656353.874 305070.155
 BY ARC CENTERED AT............. 1655896.000 323305.000
 TO............................. 1652649.679 305355.609
 BY STRAIGHT LINE TO............ 1650183.679 305801.609
 BY ARC CENTERED AT............. 1653430.000 323751.000
 TO............................. 1648634.766 306151.995
 BY STRAIGHT LINE TO............ 1647050.638 306583.626
 BY ARC CENTERED AT............. 1649308.000 324684.000
 
 Page 399
 
 16
 TO............................. 1643681.190 307332.970
 BY STRAIGHT LINE TO............ 1636292.049 308606.828
 BY STRAIGHT LINE TO............ 1627130.174 309806.774
 BY STRAIGHT LINE TO............ 1620756.645 310390.406
 BY ARCH CENTERED AT............ 1622420.000 328555.000
 TO............................. 1619894.970 310490.021
 BY STRAIGHT LINE TO............ 1614564.970 311235.021
 BY ARC CENTERED AT............. 1617090.000 329300.000
 TO............................. 1613147.762 311490.508
 BY STRAIGHT LINE TO............ 1611814.388 311591.352
 BY ARC CENTERED AT............. 1613190.000 329780.000
 TO............................. 1609959.518 311827.752
 BY STRAIGHT LINE TO............ 1606069.518 312527.752
 BY ARC CENTERED AT............. 1609300.000 330480.000
 TO............................. 1604701.693 312828.518
 BY STRAIGHT LINE TO............ 1604290.346 312866.444
 BY ARC CENTERED AT............. 1605965.000 331030.000
 TO............................. 1601324.800 313389.485
 BY STRAIGHT LINE TO............ 1601195.452 313403.353
 BY ARC CENTERED AT............. 1603140.000 331540.000
 TO............................. 1598672.218 313855.030
 BY STRAIGHT LINE TO............ 1596369.924 314436.662
 BY STRAIGHT LINE TO............ 1596179.536 314483.099
 BY STRAIGHT LINE TO............ 1592424.426 315063.358
 BY ARC CENTERED AT............. 1595210.000 333090.000
 TO............................. 1591478.647 315235.134
 BY ARC CENTERED AT............. 1594075.000 333290.000
 TO............................. 1589693.705 315583.406
 BY ARC CENTERED AT............. 1593010.000 333520.000
 TO............................. 1589432.725 315633.627
 BY STRAIGHT LINE TO............ 1588107.725 315898.627
 BY ARC CENTERED AT............. 1591685.000 333785.000
 TO............................. 1585928.488 316476.568
 BY STRAIGHT LINE TO............ 1584286.461 317022.681
 BY STRAIGHT LINE TO............ 1582201.158 317563.459
 BY ARC CENTERED AT............. 1586780.000 335220.000
 TO............................. 1581595.826 317731.616
 BY STRAIGHT LINE TO............ 1576265.826 319311.616
 BY ARC CENTERED AT............. 1581450.000 336800.000
 TO............................. 1575360.430 319605.920
 BY STRAIGHT LINE TO............ 1570080.430 321475.920
 BY ARC CENTERED AT............. 1576170.000 338670.000
 TO............................. 1569889.483 321544.746
 BY STRAIGHT LINE TO............ 1565349.483 323209.746
 BY ARC CENTERED AT............. 1571630.000 340335.000
 TO............................. 1563529.454 323991.794
 BY STRAIGHT LINE TO............ 1563104.470 324202.438
 BY STRAIGHT LINE TO............ 1561073.459 324993.694
 BY ARC CENTERED AT............. 1567695.000 341990.000
 TO............................. 1558882.014 326019.699
 
 Page 400
 
 17
 BY STRAIGHT LINE TO............ 1558878.845 326020.658
 BY ARC CENTERED AT............. 1564160.000 343480.000
 TO............................. 1556225.264 327055.652
 BY STRAIGHT LINE TO............ 1556065.664 327132.756
 BY STRAIGHT LINE TO............ 1553511.012 327893.991
 BY ARC CENTERED AT............. 1558720.000 345375.000
 TO............................. 1551769.032 328510.740
 BY STRAIGHT LINE TO............ 1549575.133 329415.002
 BY ARC CENTERED AT............. 1553840.000 347150.000
 TO............................. 1546080.537 330642.124
 BY STRAIGHT LINE TO............ 1543910.537 331662.124
 BY ARC CENTERED AT............. 1551670.000 348170.000
 TO............................. 1541402.425 333093.656
 BY STRAIGHT LINE TO............ 1540010.551 333646.129
 BY ARC CENTERED AT............. 1546740.000 350600.000
 TO............................. 1537926.517 334629.973
 BY STRAIGHT LINE TO............ 1531757.270 337418.384
 BY ARC CENTERED AT............. 1539270.000 354040.000
 TO............................. 1530263.411 338178.077
 BY STRAIGHT LINE TO............ 1527498.411 339748.077
 BY ARC CENTERED AT............. 1536505.000 355610.000
 TO............................. 1526511.279 340350.748
 BY STRAIGHT LINE TO............ 1526495.252 340356.351
 BY ARC CENTERED AT............. 1532515.000 357575.000
 TO............................. 1523958.793 341465.669
 BY ARC CENTERED AT............. 1531240.000 358190.000
 TO............................. 1522812.853 342012.780
 BY STRAIGHT LINE TO............ 1516478.301 345312.618
 BY STRAIGHT LINE TO............ 1505571.538 350398.247
 BY ARC CENTERED AT............. 1513280.000 366930.000
 TO............................. 1504778.049 350791.968
 BY STRAIGHT LINE TO............ 1493968.049 356486.968
 BY ARC CENTERED AT............. 1502470.000 372625.000
 TO............................. 1493740.316 356609.013
 BY STRAIGHT LINE TO............ 1488240.052 359606.990
 BY STRAIGHT LINE TO............ 1483854.587 361809.134
 BY ARC CENTERED AT............. 1492040.000 378110.000
 TO............................. 1483320.003 362088.736
 BY STRAIGHT LINE TO............ 1481463.717 363099.069
 BY STRAIGHT LINE TO............ 1472522.370 367321.496
 BY STRAIGHT LINE TO............ 1464631.664 370388.555
 BY ARC CENTERED AT............. 1471240.000 387390.000
 TO............................. 1464432.797 370467.198
 BY STRAIGHT LINE TO............ 1461367.007 371700.413
 BY STRAIGHT LINE TO............ 1455040.915 373829.471
 BY STRAIGHT LINE TO............ 1449141.552 375497.695
 BY ARC CENTERED AT............. 1454105.000 393050.000
 TO............................. 1447393.776 376088.906
 BY STRAIGHT LINE TO............ 1443223.776 377738.906
 BY ARC CENTERED AT............. 1449935.000 394700.000
 
 TABLE CONTINUED
 
 Page 401
 
 18
 TO............................. 1442769.075 377925.950
 BY STRAIGHT LINE TO............ 1437906.346 380003.323
 BY STRAIGHT LINE TO............ 1435141.472 381047.641
 BY STRAIGHT LINE TO............ 1431147.160 382502.176
 BY ARC CENTERED AT............. 1431465.000 400740.000
 TO............................. 1426148.360 383291.431
 BY STRAIGHT LINE TO............ 1423703.360 384036.431
 BY ARC CENTERED AT............. 1429020.000 401485.000
 TO............................. 1421665.109 384792.942
 BY STRAIGHT LINE TO............ 1421218.470 384903.464
 BY ARC CENTERED AT............. 1425600.000 402610.000
 TO............................. 1417427.962 386302.424
 BY STRAIGHT LINE TO............ 1411695.359 388053.764
 BY STRAIGHT LINE TO............ 1406674.661 389181.191
 BY STRAIGHT LINE TO............ 1400158.431 390267.229
 BY STRAIGHT LINE TO............ 1395814.598 390680.732
 BY STRAIGHT LINE TO............ 1390918.652 390971.488
 BY ARC CENTERED AT............. 1392000.000 409180.000
 TO............................. 1390574.806 390995.170
 BY STRAIGHT LINE TO............ 1386957.975 390976.807
 BY STRAIGHT LINE TO............ 1385797.206 390941.712
 BY STRAIGHT LINE TO............ 1383281.102 390515.548
 BY ARC CENTERED AT............. 1380235.000 408500.000
 TO............................. 1382826.840 390444.486
 BY STRAIGHT LINE TO............ 1380530.215 390114.809
 BY STRAIGHT LINE TO............ 1379792.836 389886.779
 BY ARC CENTERED AT............. 1363392.000 397870.000
 TO............................. 1364287.995 379651.426
 BY STRAIGHT LINE TO............ 1363311.995 379603.426
 BY ARC CENTERED AT............. 1362416.000 397822.000
 TO............................. 1348021.258 386618.846
 BY STRAIGHT LINE TO............ 1347740.102 386685.385
 BY STRAIGHT LINE TO............ 1339580.030 387874.310
 BY STRAIGHT LINE TO............ 1332310.668 388693.581
 BY STRAIGHT LINE TO............ 1328040.717 388886.344
 BY STRAIGHT LINE TO............ 1323345.435 388897.040
 BY STRAIGHT LINE TO............ 1318623.382 388813.567
 BY STRAIGHT LINE TO............ 1313960.559 388548.345
 BY STRAIGHT LINE TO............ 1309176.109 388113.641
 BY STRAIGHT LINE TO............ 1299212.104 386971.530
 BY STRAIGHT LINE TO............ 1294263.747 386188.550
 BY ARC CENTERED AT............. 1291413.000 404205.000
 TO............................. 1293947.880 386141.401
 BY STRAIGHT LINE TO............ 1288688.880 385403.401
 BY ARC CENTERED AT............. 1286154.000 403467.000
 TO............................. 1288273.366 385349.949
 BY STRAIGHT LINE TO............ 1282879.366 384718.949
 BY ARC CENTERED AT............. 1280760.000 402836.000
 TO............................. 1282342.694 384664.200
 BY STRAIGHT LINE TO............ 1277049.694 384203.200
 
 Page 402
 
 19
 BY ARC CENTERED AT............. 1275467.000 402375.000
 TO............................. 1276973.676 384196.739
 BY STRAIGHT LINE TO............ 1266567.571 383334.246
 BY STRAIGHT LINE TO............ 1261753.853 382854.687
 BY STRAIGHT LINE TO............ 1256844.970 382176.061
 BY STRAIGHT LINE TO............ 1252081.894 381444.329
 BY STRAIGHT LINE TO............ 1247119.827 380488.609
 BY ARC CENTERED AT............. 1243670.000 398400.000
 TO............................. 1246625.928 380400.508
 BY STRAIGHT LINE TO............ 1243865.458 379947.175
 BY STRAIGHT LINE TO............ 1240510.889 379144.329
 BY STRAIGHT LINE TO............ 1238894.264 378640.306
 BY STRAIGHT LINE TO............ 1234691.701 377218.487
 BY ARC CENTERED AT............. 1228846.000 394497.000
 TO............................. 1233981.468 376994.252
 BY ARC CENTERED AT............. 1225768.000 393281.000
 TO............................. 1230677.055 375713.405
 BY STRAIGHT LINE TO............ 1229077.217 374979.877
 BY ARC CENTERED AT............. 1219065.000 390227.000
 TO............................. 1227370.800 373987.144
 BY STRAIGHT LINE TO............ 1226184.927 373380.635
 BY STRAIGHT LINE TO............ 1227213.819 367277.089
 BY ARC CENTERED AT............. 1209227.000 364245.000
 TO............................. 1214917.815 346914.857
 BY STRAIGHT LINE TO............ 1213303.815 346384.857
 
 
 20
 4. Pending further order of the Court or agreement of the parties, leases of lands lying partly within the area above described and partly landward of that area shall be in no way affected by anything contained in this decree, and revenues derived from such leases shall remain subject to impoundment under the Interim Agreement of October 12, 1956, as amended, in the same manner as heretofore.
 
 
 21
 5. The Court retains jurisdiction to entertain such further proceedings, enter such orders and issue such writs as may from time to time be deemed necessary or advisable to give proper force and effect to its previous orders or decrees herein or to this decree or to effectuate the rights of the parties in the premises.